IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
WRIGHT MEDICAL EUROPE S.A., a foreign corporation,
DANIEL M. WARD, M.D., an individual,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion for Leave to Amend Complaint** [Doc. # 17, filed 1/31/2011] (the "Motion to Amend").

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 17] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 17-1].

Dated February 1, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge