IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
W4RIGHT MEDICAL EUROPE S.A., a foreign corporation,
DANIEL M. WARD, M.D., an individual,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants Wright Medical Group, Inc., Wright Medical Technology, Inc. And Wright Medical Europe S.A.'s Unopposed Motion to Apear Telephonically at Settlement Conference** [docket no. 29, filed March 24, 2011] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.


DATED:  March 28, 2011