IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
WRIGHT MEDICAL EUROPE S.A., a foreign corporation,
DANIEL M. WARD, M.D., an individual,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Plaintiffs' Motion to Compel** [Doc. # 32, filed 3/31/2011] (the "Motion to

Compel"); and

(2)     Plaintiffs' **Motion to Withdraw Plaintiffs' Motion to Compel** [Doc. # 37, filed

4/7/2011] (the "Motion to Withdraw Motion").

I am informed that entry of a blanket protective order will render moot the issues raised

in the Motion to Compel. I have entered the Protective Order requested by the parties, with

some modifications.

IT IS ORDERED:

1.      The Motion to Withdraw Motion [Doc. # 37] is GRANTED;

  2.  The Motion to Compel [Doc. # 32] is DENIED as withdrawn; and

  3.  The hearing on the Motion to Compel set for April 11, 2011, at 1:30 p.m., is VACATED.

  Dated April 7, 2011.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge