IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03104-DME-BNB | Date:   April 25, 2011 |
| Courtroom Deputy:   Deborah Hansen | FTR BNB COURTROOM A-401 |

GLENN A. WOLLAM; and                                                      George E. McLaughlin
BONNIE J. SHOENSTEIN,

     Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC.,                                     Daniel S. Wittenberg
a Delaware corporation, et al.,                                              Deanne C. McClung

     Defendants.

## COURTROOM MINUTES

**HEARING on Motion for Protective Order**

Court in session:        08:30 a.m.

Court's opening remarks.

This matter is before the Court on Defendant Ward's Motion for Protective Order [Doc No. 41].

Appearances of counsel.

Argument presented.

**ORDERED:   The Motion for Protective Order [Doc No. 41] is DENIED AS MOOT, the date of the deposition having elapsed.**

**ORDERED:   The deposition of Dr. Daniel M. Ward shall be completed by May 19, 2011, at a date and time as the parties may agree. The deposition shall occur in Massachusetts, at the place of business or residence of the deponent.**

Further comments by Mr. McLaughlin

Plaintiffs withdraw their Motion to Compel which is set for hearing in June, 2011, related to Dr. Ward.

**ORDERED:   The Plaintiffs' Motion to Compel [Doc No. 44] is DENIED AS MOOT.**

Court in Recess 08:47 a.m.     Hearing concluded.     Total time in Court: /17

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.