IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM and BONNIE J. SHOENSTEIN,

      Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation;
WRIGHT MEDICAL TECHNOLOGY, INC. a Delaware corporation;
WRIGHT MEDICAL EUROPE S.A., a foreign corporation;
DANIEL M. WARD, M.D., an individual;
JOHN DOE, an individual; and
JANE DOE, an individual,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

      Pursuant to Defendant Daniel Ward, M.D.'s Reply in Support of his Motion to Dismiss (Doc. No. 22), Defendant Daniel Ward, M.D.'s Motion to Dismiss (Doc. No. 10) is hereby WITHDRAWN.

      DATED:   May 5, 2011