IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
W4RIGHT MEDICAL EUROPE S.A., a foreign corporation,
DANIEL M. WARD, M.D., an individual,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED that **Defendants' *Unopposed* Motion to Vacate and Reschedule Settlement Conference** [Doc. # 61, filed 5/5/2011] is GRANTED.  The settlement conference set for May 31, 2011, at 9:00 a.m., is VACATED.

DATED:  May 18, 2011