IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
W4RIGHT MEDICAL EUROPE S.A., a foreign corporation,
DANIEL M. WARD, M.D., an individual,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Modify Reasonable Notice Time for Depositions** [docket no. 64, filed May 6, 2011] (the "Motion"). Pursuant to the filing of **Plaintiffs' Notice to Withdraw Motion to Modify Reasonable Notice Time for Depositions** [72],

IT IS ORDERED that the Motion is DENIED AS WITHDRAWN.

DATED: May 31, 2011