IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM; and
BONNIE J. SCHOENSTEIN,

    Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation;
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation;
WRIGHT MEDICAL EUROPE S.A., a foreign corporation;
DANIEL M. WARD, M.D., an individual;
JOHN DOE, an individual; and
JANE DOE, an individual.

    Defendants.
_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
OF DANIEL M. WARD M.D.**
_____

    THIS MATTER having come before the Court on the Stipulation between Plaintiffs Glenn Wollam and Bonnie Schoenstein and Defendant Daniel M. Ward, M.D. to dismiss Dr. Ward, and the Court being fully apprised of the premises therein,

    HEREBY GRANTS the stipulated dismissal of Dr. Ward. The Plaintiffs and Dr. Ward are to bear their own fees and costs.

    DONE this 11th day of August, 2011

                                        BY THE COURT

                                        *s/ David M. Ebel*

                                        _____
                                        U.S. Circuit Court Judge
                                        District of Colorado