IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03104-DME-BNB | Date: September 19, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| GLENN A. WOLLAM, and<br>BONNIE J. SHOENSTEIN, | George McLaughlin |
| Plaintiff(s), | |
| v. | |
| WRIGHT MEDICAL GROUP, INC.,<br>a Delaware corporation<br>WRIGHT MEDICAL TECHNOLOGY, INC.,<br>a Delaware corporation<br>WRIGHT MEDICAL EUROPE, S.A.,<br>a foreign corporation<br>DANIEL M. WARD, M.D.,<br>an individual and<br>JOHN DOE,<br>an individual, and<br>JANE DOE,<br>an individual | Daniel Wittenberg<br>Virginia Olmstead |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   3:00 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   Defendants Wright Medical Group, Inc. and Wright Medical Technology, Inc.'s motion to compel [Doc.# 78; filed 8/26/11] is taken under advisement.

Court in Recess: 3:23 p.m. Hearing concluded. Total time in Court: 00:23

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.