IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
WRIGHT MEDICAL EUROPE S.A., a foreign corporation,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.

---

# MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Withdraw (1) Plaintiffs' Motion to Compel, for Extension of Discovery and Sanctions; (2) Plaintiffs' Motion to Compel Motion for Extension of Discovery and Motion for Sanctions; and (3) Plaintiffs' Motion for Sanctions and for Extension of Discovery** [docket no. 96, filed October 14, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  **Plaintiffs' Motion to Compel Motion for Extension of Discovery and Motion for Sanctions** [85] and **Plaintiffs' Motion for Sanctions and for Extension of Discovery** [90] are **DENIED AS WITHDRAWN**.  Plaintiffs' Motion to Compel, for Extension of Discovery and Motion for Sanctions [84] had previously been terminated since it was refiled in its entirety in document 85.

IT IS FURTHER ORDERED that the hearing on these motions set for **October 31, 2011**, is **VACATED**.

DATED:  October 17, 2011