IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 10-cv-03104-DME- BNB          Date: November 22, 2011
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A-401

---

GLENN A. WOLLAM, and                            George McLaughlin
BONNIE J. SHOENSTEIN,

                    Plaintiff(s),

v.

WRIGHT MEDICAL GROUP, INC.,                     Jessica Yates
a Delaware corporation                          Michael Kell
WRIGHT MEDICAL TECHNOLOGY, INC.,
 a Delaware corporation
WRIGHT MEDICAL EUROPE, S.A.,
a foreign corporation
DANIEL M. WARD, M.D.,
an individual and
JOHN DOE,
an individual, and
JANE DOE,
an individual

                    Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:       8:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs' motion for leave to file a second amended complaint [doc.#102; filed
               11/1/11] is taken under advisement.**

**ORDERED:   Defendants' oral motion to extend the dispositive motion deadline is granted. The dispositive motion deadline is extended to January 13, 2012.**

Court in Recess:          9:44 a.m.          Hearing concluded.          Total time in Court: 01:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.