IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03104-DME- BNB | Date: November 22, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| GLENN A. WOLLAM, and<br>BONNIE J. SHOENSTEIN, | George McLaughlin |
| Plaintiff(s), | |
| v. | |
| WRIGHT MEDICAL GROUP, INC.,<br>a Delaware corporation<br>WRIGHT MEDICAL TECHNOLOGY, INC.,<br> a Delaware corporation<br>WRIGHT MEDICAL EUROPE, S.A.,<br>a foreign corporation<br>DANIEL M. WARD, M.D.,<br>an individual and<br>JOHN DOE,<br>an individual, and<br>JANE DOE,<br>an individual | Jessica Yates<br>Michael Kell |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     8:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiffs' motion for leave to file a second amended complaint [doc.#102; filed 11/1/11] is taken under advisement.

**ORDERED:  Defendants' oral motion to extend the dispositive motion deadline is granted. The dispositive motion deadline is extended to January 13, 2012.**

Court in Recess:          9:44 a.m.          Hearing concluded.     Total time in Court: 01:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.