**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM and BONNIE J. SHOENSTEIN,

    Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation;
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation;
WRIGHT MEDICAL EUROPE S.A., a foreign corporation;

    Defendants.

---

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

    Plaintiffs' Motion for Leave to File a Sur-Response [Doc. No. 155] is GRANTED.

    DATED: March 30, 2012