# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM and BONNIE J. SHOENSTEIN,

     Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation;
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation;
WRIGHT MEDICAL EUROPE S.A., a foreign corporation;

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

     Plaintiffs' Unopposed Motion for Leave to Supplement Response [Doc. No. 164] is GRANTED.

     DATED:  May 17, 2012