IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
WRIGHT MEDICAL EUROPE S.A., a foreign corporation,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was REFUSED for the reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED:

(1) A supplemental final pretrial conference is set for **December 11, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(2) The parties shall submit a revised proposed final pretrial order on or before **December 5, 2012**, modified as discussed at the conference this morning; and

(3) Copies of exhibits listed in the final pretrial order must be provided to opposing counsel no later than **January 4, 2013**. The objections contemplated by Fed. R. Civ. P. 26(a)(3)

shall be filed with the clerk and served by hand delivery or facsimile no later than **January 28, 2013**.

Dated October 30, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge