IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM, and
BONNIE J. SHOENSTEIN,

Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation,
WRIGHT MEDICAL EUROPE S.A., a foreign corporation,
JOHN DOE, an individual, and
JANE DOE, an individual,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Extension to File Dismissal to January 9, 2013, and Motion to Withdraw Motion to Enforce Protective Order** [docket no. 200, filed January 2, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.  The **Defendants Wright Medical Group, Inc., Wright Medical Technology, Inc., and Wright Medical Europe S.A.'s Motion to Enforce the Protective Order** [196] is WITHDRAWN and is to be terminated as an active motion.  The motions hearing on this matter set for January 9, 2013, is **VACATED**.

      IT IS FURTHER ORDERED that a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **January 9, 2013**, or a status report addressing why dismissal has not been accomplished.

DATED:  January 2, 2013