# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03104-DME-BNB

GLENN A. WOLLAM and BONNIE J. SHOENSTEIN,

    Plaintiffs,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation; WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; WRIGHT MEDICAL EUROPE S.A., a foreign corporation; DANIEL M. WARD, M.D., an individual; JOHN DOE; an individual, and JANE DOE, an individual;

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties,

IT IS ORDERED that the above captioned matter is dismissed with prejudice and without costs to any party.

Dated:  January 10, 2013.

                                  BY THE COURT:

                                  *s/ David M. Ebel*
                                  U.S. District Court Judge
                                  District of Colorado